| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| HARVEST LLP<br>10940 Wilshire Blvd, Suite 1600<br>Jamie Altman Buggy (SBN 280075)<br>E-mail: jbuggy@harvestllp.com<br><br>LAW OFFICE OF MICHAEL G. OLINIK<br>Michael G. Olinik (SBN 291020)<br>501 W Broadway, Ste 800<br>San Diego, CA 92101<br>Telephone: 619.780.5523<br>E-mail: michael@oliniklaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Creditor, TUVF - Esplanade, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>SEN Fitness Group dba UFC Gym Oxnard,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 9:25-bk-10820-RC<br>CHAPTER: 11<br><br>**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
|---|---|

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

    a.  Title of motion: <u>Motion for Relief from the Automatic Stay</u>

    b.  Date of filing of motion: <u>6/24/2025</u>

2. Compliance with LBR 9075-1(b)(2)(A): (***The following three sections must be completed***):

    a.  Briefly specify the relief requested in the motion:

    TUVF - Esplanade LLC ("Landlord") requests relief from stay in order to continue with an unlawful detainer action that was filed pre-petition, in order to regain possession of the premises leased by Debtor, located at 451 West Esplanade Drive.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                         Page 1                                **F 9075-1.1.APP.SHORT.NOTICE**

   b. Identify the parties affected by the relief requested in the motion:

      SEN Fitness Group dba UFC Gym Oxnard
      TUVF-Esplanade LLC

   c. State the reasons necessitating a hearing on shortened time:

      An Unlawful Detainer trial is scheduled for July 28, 2025 in Ventura County Superior Court, Case Number: 2024CUUD034876. The unlawful detainer action was filed on 12/20/24 and has not yet gone to trial due to Debtor's extensive efforts to delay and obfuscate (including, but not limited to, a motion to quash, appeal of that order, demurrer, removal to federal court after the deadline had passed, request for a 5-day jury trial in a simple UD matter, etc.). The latest effort is the present bankruptcy filing, which was filed on the eve of the UD trial that was previsouly scheduled for 6/23/25. If this Court does not waive the 14-day stay set forth in FRBP 4001(a)(3) and/or shorten time for hearing of the Motion, it is probable that the UD trial will have to be continued yet again.

3. Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4. Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER.SHORT.NOTICE

Date: 6/24/2025

Harvest LLP
Printed name of law firm

Jamie Altman Buggy
Signature of individual Movant or attorney for Movant

*/s/ Jamie Altman Buggy*
Printed name of individual Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9075-1.1.APP.SHORT.NOTICE**

**HARVEST LLP**
Jamie Altman Buggy (SBN 280075)
Michael G. Olinik (SBN 291020)
10940 Wilshire Blvd, Suite 1600
Los Angeles, CA 90024
Telephone: 310.842.8038
E-mail: jbuggy@harvestllp.com
michael@oliniklaw.com

Attorneys for Plaintiff
TUVF – Esplanade, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SEN Fitness Group dba UFC Gym Oxnard,<br><br>Debtor. | Case No. 9:25-bk-10820-RC<br><br>**DECLARATION OF JAMIE ALTMAN BUGGY IN SUPPORT OF APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE** |

I, Jamie Altman Buggy, declare

1. I am a partner in the law firm of Harvest LLP ("Harvest"), attorney for Creditor, TUVF - Esplanade, LLC ("Creditor" or "Landlord") in the above-captioned action.

2. On December 20, 2024, I caused to be filed the unlawful detainer action entitled *TUVF-ESPLANADE, LLC V. SEN FITNESS GROUP*, Superior Court of the State of California, County of Ventura Case Number 2024CUUD034876 (the "UD Action").

3. From the outset of the filing of the UD Action, Sen Fitness Group ("Debtor") took unmeritorious actions that were neither supported by fact or law in order to cause unnecessary delay in the UD Action.

///
///
///

4. First, on January 21, 2025, Debtor filed a Motion to Quash, saying that its agent was never served with the complaint – despite the declaration under penalty of perjury of a licensed process server who stated that she personally served the agent, Slava Vilshtein, who was identified at the premises by his employees. That motion was denied.

5. Next, on February 10, 2025, Debtor filed a Writ of Mandate to appeal the denial of the Motion to Quash. The sole grounds for the Writ was a challenge to the factual findings of the trial court, which is not available on appeal. The petition was denied, but the filing of the writ extended Debtor's time to respond to the summons and complaint from the traditional five days after a ruling on a motion to quash to thirty days, thus rewarding Debtor with an additional an additional delay.

6. On March 4, 2025, Debtor filed a Demurrer to the UD Complaint. The Demurrer was improper, as it did not challenge the complaint, argued points that were only applicable to residential unlawful detainers, and only raised factual issues related to service. The Demurrer was denied.

7. On April 9, 2025, Debtor filed a Notice of Removal, seeking to remove the UD Action to federal court. The Notice of Removal was filed after the deadline to remove cases, and did not identify any proper grounds for removal to federal court. On April 14, 2025, the district court remanded the UD Action back to state court sua sponte.

8. On May 14, 2025, in order to further delay trial of the UD Action, Debtor deposited jury fees, though did not properly request a jury trial, for a four to five-day jury trial for a simple UD matter that arises from the non-payment of rent. Debtor has persisted in demanding a four-day jury trial in state court, which has caused weeks of delay as the Court seeks a jury that can sit for four days. Based on Debtor's answer in the unlawful detainer matter, there is no justification for the four to five day jury request because most of the affirmative defenses pled are only applicable to residential unlawful detainer actions.

9. Trial in this matter was originally scheduled to start on June 2, 2025 at 1:30 p.m. Despite Creditor appearing at trial and being ready to proceed, the Court did not have a judge who could hear the trial due to Debtor's unjustified trial length, and the parties were put on the wheel. On June 10, 2025, the Ventura County Superior Court set the Unlawful Detainer jury trial to begin on June 23, 2025. Subsequently, on June 13, 2025, I received from previous counsel for Debtor, a Motion

1  to Be Relieved as Counsel of Record, and an *ex parte* application for an order shortening time on the
2  Motion to Be Relieved as Counsel of Record. On June 16, 2025, previous counsel for Debtor's *ex parte*
3  application for an order shortening time on the Motion to Be Relieved as Counsel of Record and the
4  Motion itself were heard and granted. The Unlawful Detainer trial date of June 23, 2025, remained on
5  the Court's calendar.

6      10.    On the eve of trial, June 19, 2025, Debtor filed its Chapter 11 Bankruptcy Petition. It
7  is apparent that Debtor has filed bankruptcy for purposes of avoiding the consequences of the looming
8  Unlawful Detainer trial. Debtor's bankruptcy having been filed in bad faith is evidenced by the fact
9  that Creditor is only one of few creditors listed in the Debtor's case commencement. This tactic also
10 fits into the pattern of delay tactics that Creditor has observed throughout the course of the UD Action.

11     11.    Further, no organization is reasonably in prospect, as evidenced by Debtor's failure to
12 file Schedules A/B, D, E/F, G, H, Summary of Assets and Liabilities, and Statement of Financial
13 Affairs, along with the Voluntary Bankruptcy Petition.

14     12.    On June 23, 2025, Ventura County Superior Court continued the Unlawful Detainer
15 trial to July 28, 2025, due to the automatic stay.

16     13.    Debtor has established a pattern of unreasonable delay tactics. If this Court does not
17 waive the 14-day stay set forth in FRBP 4001 (a)(3) and/or shorten time for hearing of the Motion to
18 be Relieved from the Automatic Stay, it is probable that the Unlawful Detainer trial will have to be
19 continued yet again.

20     I declare under penalty of perjury under the laws of the State of California that the foregoing
21 is true and correct.

22     Executed this 24th day of June 2025, at San Diego, California.

*Jamie Altman Buggy*
Jamie Altman Buggy

3
DECLARATION OF JAMIE ALTMAN BUGGY IN SUPPORT OF APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document entitled: **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 24, 2025 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Eric Bensamochan
The Bensamochan Law Firm, Inc.
eric@eblawfirm.us

Brian David Fittipaldi
US Department of Justice
brian.fittipaldi@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 24, 2025 | Alicia Tenreiro | *Alicia Ten* (signature) |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                           Page 3                           F 9075-1.1.APP.SHORT.NOTICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) June 24, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHMENT TO PROOF OF SERVICE BY UNITED STATES MAIL**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 24, 2025 | Lucia Melan | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 3    F 9075-1.1.APP.SHORT.NOTICE

**ATTACHMENT TO PROOF OF SERVICE BY UNITED STATES MAIL**

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

County Assessor
County Government Center, Room 100
San Luis Obispo, CA 93408-0001

County Tax Collector
P.O. Box 357
Santa Barbara, CA 93102-0357

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Securities & Exchange Commission
444 South Flower St., Suite 900
Los Angeles, CA 90071-2934

Northern Division
1415 State Street,
Santa Barbara, CA 93101-2511

CT Corporation System, as Representative
330 N Brand Blvd. Suite 700
ATTN: SPRS
Glendale, CA 91203-2336

Jeremy Cook
Law Office of Jeremy Cook
312 West Fifth St., #512
Los Angeles, CA 90013-1746

Navitas Credit Corp.
201 Executive Center Drive
Suite 100
Columbia, SC 29210

Superior Court of California
County of Ventura, Hall of Justice
800 South Victoria Ave. Dept 21
Ventura, CA 93009-2000

Superior Court of California
County of Ventura, Hall of Justice
800 South Victoria Ave. Dept 41
Ventura, CA 93009-2000

Transportation Allicance Bank, Inc.

4185 Harrison Blvd.

Ogden, UT 84403-2475

UG Franchise Operations, LLC

1501 Quail Street, Suite 100

Newport Beach, CA 92660-2797

UG Management Company, LLC

Attn: UFC Gym Legal Department

4160 Temescal Canyon Road, Ste 112

Corona, CA 92883-2606

US Securities & Exchange Commission

444 S Flower St., # 900

Los Angeles, CA 90071-2934

United States Trustee

915 Wilshire Blvd. Suite 1850

Los Angeles, CA 90017-3560

United States Trustee (ND)

915 Wilshire Blvd, Suite 1850

Los Angeles, CA 90017-3560

Ludmila Vilshtein

4417 Presidio Drive

Simi Valley, CA 93063-1254

```
Label Matrix for local noticing          County Assessor                          County Tax Collector
0973-9                                   County Government Center, Room 100       P.O. Box 357
Case 9:25-bk-10820-RC                    San Luis Obispo, CA 93408-0001           Santa Barbara, CA 93102-0357
Central District of California
Santa Barbara
Tue Jun 24 07:57:35 PDT 2025

Employment Development Dept.             Franchise Tax Board                      Internal Revenue Service
Bankruptcy Group MIC 92E                 Bankruptcy Section MS: A-340             PO Box 7346
P.O. Box 826880                          P.O. Box 2952                            Philadelphia, PA 19101-7346
Sacramento, CA 94280-0001                Sacramento, CA 95812-2952


SEN Fitness Group                        Securities & Exchange Commission         Northern Division
4417 Presidio Drive                      444 South Flower St., Suite 900          1415 State Street,
Simi Valley, CA 93063-1254               Los Angeles, CA 90071-2934               Santa Barbara, CA 93101-2511


CT Corporation System,                   G&I IX Esplanade Property LP             Jeremy Cook
as Representative                        Allen Matkins Leck Gamble Mallory        Law Office of Jeremy Cook
330 N Brand Blvd. Suite 700              & Natsis LLP                             312 West Fifth St., #512
ATTN:  SPRS                              865 S Figueroa St. Ste 2800              Los Angeles, CA 90013-1746
Glendale, CA 91203-2336                  Los Angeles, CA 90017-2795


Ludmila Vilshtein                        (p)NAVITAS CREDIT CORP                   Slava Vilshtein
4417 Presidio Drive                      ATTN JOYCE MCKULKA                       4417 Presidio Drive
Simi Valley, CA 93063-1254               201 EXECUTIVE CENTER DR SUITE 100        Simi Valley, CA 93063-1254
                                         COLUMBIA SC 29210-8410


Superior Court of California             Superior Court of California             TUVF - Esplanade, LLC
County of Ventura                        County of Ventura                        Jamie Buggy / Michael Olinik
Hall of Justice                          Hall of Justice                          Harvest LLP
800 South Victoria Ave. Dept 21          800 South Victoria Ave. Dept 41          10940 Wilshire Blvd., Ste. 1600
Ventura, CA 93009-2000                   Ventura, CA 93009-2000                   Los Angeles, CA 90024-3910


Transportation Allicance Bank, Inc.      UG Franchise Operations, LLC             UG Management Company, LLC
4185 Harrison Blvd.                      1501 Quail Street, Suite 100             Attn: UFC Gym Legal Department
Ogden, UT 84403-2475                     Newport Beach, CA 92660-2797             4160 Temescal Canyon Road, Ste 112
                                                                                  Corona, CA 92883-2606


US Securities & Exchange Commission      United States Trustee                    United States Trustee (ND)
444 S Flower St., # 900                  915 Wilshire Blvd. Suite 1850            915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90071-2934               Los Angeles, CA 90017-3560               Los Angeles, CA 90017-3560


Eric Bensamochan
The Bensamochan Law Firm, Inc.
2566 Overland Ave, Ste 650
Los Angeles, CA 90064-3371
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Navitas Credit Corp.
201 Executive Center Drive
Suite 100
Columbia, SC 29210

End of Label Matrix
Mailable recipients    24
Bypassed recipients     0
Total                  24